**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SILUS MARDEL VALSON, | ) | No. CV 13-9137-CW |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY A. BEARD, | ) | |
| Secretary of the CDCR, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:   January 6, 2015

_Carla M. Woehrle_

_____
         CARLA M. WOEHRLE
United States Magistrate Judge